**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA LEE-KLEIN, | No. 2:19-CV-2335-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation for an extension of time for defendant to file an answering brief. <u>See</u> ECF No. 18. Good cause appearing therefor, the parties' stipulation is approved. Defendant's answering brief is due by October 5, 2020.

IT IS SO ORDERED.

Dated: September 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1