Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA LEE-KLEIN,<br><br>　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　Defendant | Case No:  2:19-cv-02335-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

　　WHEREAS, Plaintiff's Counsel of Record, Robert C. Weems, requires an extension of time to finalize Plaintiff's reply to Defendant's cross-motion, having had matters to which he had to personally attend due to covid-19 and other issues interfering on completing work on the reply;

　　WHEREAS, Defendant's Counsel of Record does not believe that a delay to permit Mr. Weems to reply to Defendant's cross-motion will prejudice the Commissioner and this is Mr. Weems first time requesting an extension; and,

　　WHEREAS, Mr. Weems anticipates he can finalize Plaintiff's reply in not more than twenty-eight (28) calendar days and is not requesting this extension for an improper

purpose but to meet his professional obligations to this Court.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir. 1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a 28-day extension of time for Plaintiff to reply to Defendant's cross-motion in this action.  The revised due date for the filing of plaintiff's reply is November 23, 2020.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>TIMOTHY R. BOLIN<br>Special Assistant United States Attorney |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Timothy R. Bolin<br>Timothy R. Bolin<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

IT IS SO ORDERED:

Dated:  October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE