PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (510) 970-4806
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| CHRISTINA LEE-KLEIN, | ) No. 2:19-cv-02335-DMC (SS) |
| Plaintiff, | ) JOINT STIPULATION |
| v. | ) FOR EXTENSION OF TIME |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

The parties hereby stipulate, through their undersigned attorneys, that, subject to the Court's approval, Defendant shall have an extension of time in which to respond to Plaintiff's motion for attorney fees (Dkt 27). Defendant needs more time because, due to the pandemic, her undersigned attorney was on unplanned, extended leave beginning in October 2021 and lasting into January 2022, during which time Plaintiff timely filed her motion. For this reason, Defendant respectfully seeks an extension up to and including March 18, 2022, in which to respond to Plaintiff's motion. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *February 23, 2022*    */s/ Robert Weems*
ROBERT WEEMS
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until March 18, 2022, to respond to Plaintiff's motion for attorney fees.

Dated:  March 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE