PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (510) 970-4806
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| CHRISTINA LEE-KLEIN, | No. 2:19-cv-02335-DMC (SS) |
| Plaintiff, | JOINT STIPULATION FOR EXTENSION OF TIME |
| v. | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

1    The parties hereby stipulate, through their undersigned attorneys, that, subject to the
2 Court's approval, Defendant shall have a second extension of time in which to respond to
3 Plaintiff's motion for attorney fees (Dkt 27). Defendant needs more time because, due to the
4 pandemic, her undersigned attorney was on unplanned, extended leave beginning in October
5 2021 and lasting into January 2022, during which time Plaintiff timely filed her motion. For this
6 reason, Defendant respectfully seeks an extension up to and including April 18, 2022, in which
7 to respond to Plaintiff's motion. The parties stipulate in good faith, with no intent to delay
8 proceedings unduly.

10                                                      Respectfully submitted,

12   Date: *March 28, 2022*                  */s/ Robert Weems*
                                             ROBERT WEEMS
13                                           Attorney for Plaintiff

15                                           PHILLIP A. TALBERT
                                             United States Attorney
16                                           PETER K. THOMPSON
                                             Acting Regional Chief Counsel, Region IX
17                                           Social Security Administration

18
                                              */s/ Timothy R. Bolin*
19                                           TIMOTHY R. BOLIN
                                             Special Assistant United States Attorney
20                                           Attorneys for Defendant

ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until April 18, 2022, to respond to Plaintiff's motion for attorney fees.

Dated: March 30, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE